|   |   |
|---|---|
| JAN RUBIA RICHARDS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUMIEZ, INC., THOMAS D. CAMPION, RICHARD M. BROOKS, JR., and TREVOR LANG,<br><br>　　　　　Defendants. | CASE NO. 07-cv-1980 JCC<br><br>STIPULATION AND ORDER RE CONSOLIDATION AND SCHEDULING |
| ANA MIGUEL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUMIEZ, INC., THOMAS D. CAMPION, RICHARD M. BROOKS, JR., and TREVOR LANG,<br><br>　　　　　Defendants. | CASE NO. 07-cv-2002 (TSZ) |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

This matter comes before the Court on the parties' stipulation and proposed order re consolidation and scheduling by parties (Dkt. No. 19). The cases listed above are hereby consolidated according to the terms of the stipulation. All scheduling and logistical matters

STIPULATION AND ORDER
RE CONSOLIDATION AND SCHEDULING
Case Nos. C07-1980 (JCC); C07-2002 (TSZ)

1

1. are also to be carried out as set forth in the stipulation. However, the status conference before
2. Judge Coughenour, currently scheduled for March 11, 2008 at 9:00 a.m., is not cancelled. The
3. parties are expected to attend and be prepared to discuss, among other things, a date for trial.
4. The Clerk is instructed to send a copy of this Order to the Honorable Thomas S. Zilly.

SO ORDERED this 5th day of February, 2008.

John C. Coughenour
United States District Judge

STIPULATION AND ORDER
RE CONSOLIDATION AND SCHEDULING
Case Nos. C07-1980 (JCC); C07-2002 (TSZ)

2